UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE MICHELLE McCREA,

    Plaintiff,

v.      Case No. 1:18-cv-1327
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.

Dated: March 30, 2020      /s/ Ray Kent
    United States Magistrate Judge